IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINCENT A. BROODNOX,
    Plaintiff,

vs.                                      Case No.: 3:14cv647/MCR/EMT

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  On December 30, 2014, this court entered an order giving Plaintiff thirty (30) days in which to submit three service copies of his complaint for service (doc. 6).  Plaintiff failed to respond to the order; therefore, on February 3, 2015, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 7).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 3rd day of March 2015.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).